UNITED STATES DISTRICT COURT

Northern District of California

RICHTEK TECHNOLOGY
CORPORATION, ET AL.

              Plaintiff(s),

  v.

UPI SEMICONDUCTOR CORPORATION,
ET AL.

              Defendant(s).
_____/

No. C 09-05659 MEJ

**ORDER DIRECTING PLAINTIFFS TO FILE CONSENT/DECLINATION FORM**

This civil case was randomly assigned to Magistrate Judge James for all purposes including trial. In accordance with 28 U.S.C. § 636(c), the magistrate judges of this district court are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by Magistrate Judge James may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

You have the right to have your case assigned to a United States District Judge for trial and disposition. Accordingly, Plaintiffs shall inform the Court whether they consent to Magistrate Judge James' jurisdiction or request reassignment to a United States District Judge for trial. A copy of both the consent and declination forms may be obtained from the Northern District of California's website at http://www.cand.uscourts.gov/. From the homepage, click on the "Forms" tab on the left margin, then choose "Civil." The consent/declination form shall be filed by December 17, 2009.

**IT IS SO ORDERED.**

Dated: December 11, 2009

                                                      _____
                                                      Maria-Elena James
                                                      Chief United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
For the Northern District of California