Yitai Hu (SBN 248085) (yitai.hu@alston.com)
Kevin C. Trock (SBN 161787) (kevin.trock@alston.com)
S.H. Michael Kim (SBN 203491) (michael.kim@alston.com)
ALSTON + BIRD LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: 650-838-2000
Facsimile: 650-838-2001

Attorneys for Plaintiffs
Ricktek Technology Corp. and Richtek USA, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICKTEK TECHNOLOGY CORPORATION and RICHTEK USA, INC., <br><br>Plaintiffs, <br><br>v. <br><br>uPI SEMICONDUCTOR CORPORATION, et al., <br><br>Defendants. | C09 05659 WHA <br><br> **ORDER APPOINTING INTERNATIONAL PROCESS SERVER** |

Pursuant to Chapter 1, Article 3 of the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters developed at the Tenth Session of the Hague Conference on Private International Law on 15 November, 1965 (the "Hague Convention"), and for good cause shown, the Court hereby appoints Crowe Foreign Services, 1020 SW Taylor Street, Suite 240, Portland, Oregon, 97205, and its agents, as the authority and judicial officer competent under the Jurisdiction of this Court to forward to the Central Authority in the applicable country, any and all documents to be served in this case.

Pursuant to FRCP 4(c)(3) authorizing the appointment of a process server, and FRCP 4(f) allowing service to be effected overseas by means authorized by the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents, **IT IS SO ORDERED.**

Dated: December 18, 2009.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE