1  DARIN W. SNYDER (S.B. #136003)
   dsnyder@omm.com
2  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
3  San Francisco, CA 94111-3823
   Telephone:  (415) 984-8700
4  Facsimile:  (415) 984-8701

5  RYAN K. YAGURA (S.B. #197619)
   ryagura@omm.com
6  O'MELVENY & MYERS LLP
   400 South Hope Street
7  Los Angeles, CA 90071-2899
   Telephone:  (213) 430-6000
8  Facsimile:  (213) 430-6407

9  Attorneys for Defendants
   ADVANCED MICRO DEVICES, INC., BEST
10 DATA PRODUCTS INC. D/B/A DIAMOND
   MULTIMEDIA, and XFX TECHNOLOGY, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHTEK TECHNOLOGY CORPORATION and RICHTEK USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> uPI SEMICONDUCTOR CORPORATION, ADVANCED MICRO DEVICES, INC., SAPPHIRE TECHNOLOGY LIMITED, BEST DATA PRODUCTS INC. D/B/A DIAMOND MULTIMEDIA, and XFX TECHNOLOGY, INC., <br><br> Defendants. | Case No. CV 09-05659 WHA <br><br> [PROPOSED] ORDER STAYING LITIGATION PENDING OUTCOME OF INTERNATIONAL TRADE COMMISSION INVESTIGATION |

# [PROPOSED] ORDER

PURSUANT TO THE PARTIES' STIPULATION, THE COURT ORDERS AS FOLLOWS:

1. The above-captioned action, *Richtek Technology Corporation and Richtek USA, Inc. v. uPI Semiconductor Corporation, et al.*, Case No. CV 09-05659 WHA, currently pending before this Court shall be stayed until the determination of the United States International Trade Commission ("ITC") of its investigation in the matter of *Certain DC-DC Controllers and Products Containing the Same*, Inv. No. 337-TA-698 becomes final.

2. The parties shall notify the Court of the ITC's final determination within 10 days of such determination

Dated: January __19__, 2010



SF1:786090.1

- 1 -

[PROPOSED] ORDER STAYING LITIGATION
CV 09-05659 WHA