DARIN W. SNYDER (S.B. #136003)
dsnyder@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone:   (415) 984-8700
Facsimile:   (415) 984-8701

RYAN K. YAGURA (S.B. #197619)
ryagura@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone:   (213) 430-6000
Facsimile:   (213) 430-6407

Attorneys for Defendants
ADVANCED MICRO DEVICES, INC., BEST
DATA PRODUCTS INC. D/B/A DIAMOND
MULTIMEDIA, and XFX TECHNOLOGY, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHTEK TECHNOLOGY CORPORATION and RICHTEK USA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>uPI SEMICONDUCTOR CORPORATION, ADVANCED MICRO DEVICES, INC., SAPPHIRE TECHNOLOGY LIMITED, BEST DATA PRODUCTS INC. D/B/A DIAMOND MULTIMEDIA, and XFX TECHNOLOGY, INC.,<br><br>Defendants. | Case No. CV 09-05659 WHA<br><br>[~~PROPOSED~~] ORDER STAYING LITIGATION PENDING OUTCOME OF INTERNATIONAL TRADE COMMISSION INVESTIGATION |

1  **[PROPOSED] ORDER**

2   PURSUANT TO THE PARTIES' STIPULATION, THE COURT ORDERS AS

3  FOLLOWS:

4   1.   The above-captioned action, *Richtek Technology Corporation and Richtek

5   *USA, Inc. v. uPI Semiconductor Corporation, et al.*, Case No. CV 09-05659

6   WHA, currently pending before this Court shall be stayed until the

7   determination of the United States International Trade Commission ("ITC")

8   of its investigation in the matter of *Certain DC-DC Controllers and*

9   *Products Containing the Same*, Inv. No. 337-TA-698 becomes final.

10   2.   The parties shall notify the Court of the ITC's final determination within

11   10 days of such determination

13   Dated: January __19__, 2010

17  SF1:786090.1

IT IS SO ORDERED

Judge William Alsup

- 1 -   [PROPOSED] ORDER STAYING LITIGATION
CV 09-05659 WHA