1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHTEK TECHNOLOGY CORPORATION,
and RICHTEK USA, INC.,

        Plaintiffs,

  v.

uPI SEMICONDUCTOR CORPORATION,
ADVANCED MICRO DEVICES, INC.,
SAPPHIRE TECHNOLOGY LIMITED, BEST
DATA PRODUCTS INC. D/B/A DIAMOND
MULTIMEDIA, and XFX TECHNOLOGY, INC.,

        Defendants.

                               /

No. C 09-05659 WHA

**ORDER REGARDING
JOINT STATUS REPORT**

      In light of the stay in this action granted by the undersigned pending the outcome of the

ITC investigation, the parties shall file a joint status report on **OCTOBER 4, 2010**, updating the

Court as to the status of the ITC proceeding.

      **IT IS SO ORDERED.**

Dated:  January 20, 2010.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE