United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHTEK TECHNOLOGY CORPORATION,          No. C 09-05659 WHA
and RICHTEK USA, INC.,

            Plaintiffs,

      v.                                 **ORDER REGARDING
                                         JOINT STATUS REPORT**

uPI SEMICONDUCTOR CORPORATION,
ADVANCED MICRO DEVICES, INC.,
SAPPHIRE TECHNOLOGY LIMITED, BEST
DATA PRODUCTS INC. D/B/A DIAMOND
MULTIMEDIA, and XFX TECHNOLOGY, INC.,

            Defendants.
                                         /

      In light of the stay in this action granted by the undersigned pending the outcome of the

ITC investigation, the parties shall file a joint status report on **OCTOBER 4, 2010**, updating the

Court as to the status of the ITC proceeding.


      **IT IS SO ORDERED.**


Dated:  January 20, 2010.

                                         _____
                                         WILLIAM ALSUP
                                         UNITED STATES DISTRICT JUDGE