1  DARIN W. SNYDER (SBN 136003) (dsnyder@omm.com)
   O'MELVENY & MYERS LLP
2  Two Embarcadero Center, 28th Fl., San Francisco, CA 94111
   Tel: (415) 984-8700  Fax: (415) 984-8701
3
   RYAN K. YAGURA (SBN 197619) (ryagura@omm.com)
4  O'MELVENY & MYERS LLP
   400 South Hope Street, Los Angeles, CA  90071
5  Tel: (213) 430-6000  Fax: (213) 430-6407

6  Attorneys for Defendants
   ADVANCED MICRO DEVICES, INC., BEST DATA
7  PRODUCTS INC. D/B/A DIAMOND MULTIMEDIA, AND
   EASTCOM, INC. D/B/A XFX TECHNOLOGY, INC.
8
   YITAI HU (SBN 248085) (yitah.hu@alston.com)
9  KEVIN C. TROCK (SBN 161787) (kevin.trock@alston.com)
   ALSTON + BIRD LLP
10 3000 El Camino Real, # 400, Palo Alto, CA 94306
   Tel: (650) 838-2000  Fax: (650) 838-2001
11
   Attorneys for Plaintiffs
12 RICHTEK TECHNOLOGY CORP AND RICHTEK USA, INC.

13 **UNITED STATES DISTRICT COURT**

14 **NORTHERN DISTRICT OF CALIFORNIA**

15

16 RICHTEK TECHNOLOGY CORPORATION           Case No.  CV 09-05659 WHA
   and RICHTEK USA, INC.,
17
                Plaintiffs,                  STIPULATION AND ORDER
18                                           FOR DISMISSAL WITH
        v.                                   PREJUDICE
19
   uPI SEMICONDUCTOR CORPORATION,
20 ADVANCED MICRO DEVICES, INC.,
   SAPPHIRE TECHNOLOGY LIMITED,
21 BEST DATA PRODUCTS INC. D/B/A
   DIAMOND MULTIMEDIA, and XFX
22 TECHNOLOGY, INC.,

23              Defendants.

24

25

26

27

28

1  It is hereby stipulated by and between counsel to plaintiff Richtek Technology Corp and
2  Richtek USA, Inc. ("Richtek") and counsel to defendants Advanced Micro Devices, Inc.
3  ("AMD"), Best Data Products, Inc. d/b/a Diamond Multimedia, Inc. ("Diamond"), and Eastcom,
4  Inc. D/B/A XFX Technology, Inc. ("XFX"), as follows:

1. All claims in the above-captioned action between Richtek and defendants AMD, Diamond, and XFX are dismissed with prejudice.
2. Each party will bear its own costs and attorneys' fees.
3. ~~This court will retain jurisdiction to enforce the Binding Term Sheet between the parties, dated May 27, 2010, of which this stipulation forms a part.~~

DATED: July 28, 2010

DARIN W. SNYDER
RYAN K. YAGURA
O'MELVENY & MYERS LLP

By: /s/ Darin W. Snyder
Darin W. Snyder
Attorneys for Defendants
ADVANCED MICRO DEVICES, INC., BEST DATA PRODUCTS INC. D/B/A DIAMOND MULTIMEDIA, AND XFX TECHNOLOGY, INC.

DATED: July 28, 2010

YITAI HU
KEVIN C. TROCK
S. H. MICHAEL KIM
ALSTON + BIRD LLP

By: /s/ Kevin C. Trock
Kevin C. Trock
Attorneys for Plaintiffs
RICHTEK TECHNOLOGY CORP. and
RICHTEK USA, INC.

- 1 -

STIPULATION FOR DISMISSAL WITH PREJUDICE
CV 09-05659 WHA

## **ATTESTATION**

Pursuant to General Order No. 45 X(B), I hereby attest that concurrence in the filing of this document has been obtained from each of the above-listed signatories.

By: /s/ Darin W. Snyder
Darin W. Snyder

The Court will *not* retain jurisdiction to enforce settlement terms that have not been disclosed. Otherwise, the case is dismissed with prejudice pursuant to stipulation. **THE CLERK SHALL CLOSE THE FILE.**

**IT IS SO ORDERED.**

Dated: August 2, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE