1  DARIN W. SNYDER (SBN 136003) (dsnyder@omm.com)
   O'MELVENY & MYERS LLP
2  Two Embarcadero Center, 28th Fl., San Francisco, CA 94111
   Tel: (415) 984-8700  Fax: (415) 984-8701
3
   RYAN K. YAGURA (SBN 197619) (ryagura@omm.com)
4  O'MELVENY & MYERS LLP
   400 South Hope Street, Los Angeles, CA  90071
5  Tel: (213) 430-6000  Fax: (213) 430-6407

6  Attorneys for Defendants
   ADVANCED MICRO DEVICES, INC., BEST DATA
7  PRODUCTS INC. D/B/A DIAMOND MULTIMEDIA, AND
   EASTCOM, INC. D/B/A XFX TECHNOLOGY, INC.
8
   YITAI HU (SBN 248085) (yitah.hu@alston.com)
9  KEVIN C. TROCK (SBN 161787) (kevin.trock@alston.com)
   ALSTON + BIRD LLP
10 3000 El Camino Real, # 400, Palo Alto, CA 94306
   Tel: (650) 838-2000  Fax: (650) 838-2001
11
   Attorneys for Plaintiffs
12 RICHTEK TECHNOLOGY CORP AND RICHTEK USA, INC.

13                **UNITED STATES DISTRICT COURT**

14                **NORTHERN DISTRICT OF CALIFORNIA**

15

| | |
|---|---|
| 16  RICHTEK TECHNOLOGY CORPORATION and RICHTEK USA, INC., | Case No.  CV 09-05659 WHA |
| 17 | |
| 18              Plaintiffs, | STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |
| 19         v. | |
| 20  uPI SEMICONDUCTOR CORPORATION, ADVANCED MICRO DEVICES, INC., SAPPHIRE TECHNOLOGY LIMITED, BEST DATA PRODUCTS INC. D/B/A DIAMOND MULTIMEDIA, and XFX TECHNOLOGY, INC., | |
| 21 | |
| 22 | |
| 23              Defendants. | |

24
25
26
27
28

It is hereby stipulated by and between counsel to plaintiff Richtek Technology Corp and Richtek USA, Inc. ("Richtek") and counsel to defendants Advanced Micro Devices, Inc. ("AMD"), Best Data Products, Inc. d/b/a Diamond Multimedia, Inc. ("Diamond"), and Eastcom, Inc. D/B/A XFX Technology, Inc. ("XFX"), as follows:

1. All claims in the above-captioned action between Richtek and defendants AMD, Diamond, and XFX are dismissed with prejudice.
2. Each party will bear its own costs and attorneys' fees.
3. ~~This court will retain jurisdiction to enforce the Binding Term Sheet between the parties, dated May 27, 2010, of which this stipulation forms a part.~~

DATED: July 28, 2010

DARIN W. SNYDER
RYAN K. YAGURA
O'MELVENY & MYERS LLP

By: /s/ Darin W. Snyder
    Darin W. Snyder
Attorneys for Defendants
ADVANCED MICRO DEVICES, INC., BEST DATA PRODUCTS INC. D/B/A DIAMOND MULTIMEDIA, AND XFX TECHNOLOGY, INC.

DATED: July 28, 2010

YITAI HU
KEVIN C. TROCK
S. H. MICHAEL KIM
ALSTON + BIRD LLP

By: /s/ Kevin C. Trock
    Kevin C. Trock
Attorneys for Plaintiffs
RICHTEK TECHNOLOGY CORP. and RICHTEK USA, INC.

# **ATTESTATION**

Pursuant to General Order No. 45 X(B), I hereby attest that concurrence in the filing of this document has been obtained from each of the above-listed signatories.

By: /s/ Darin W. Snyder
Darin W. Snyder

The Court will *not* retain jurisdiction to enforce settlement terms that have not been disclosed. Otherwise, the stipulation is approved.

**IT IS SO ORDERED.**

Dated: August 5, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE