AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHTEK TECHNOLOGY CORPORATION and RICHTEK USA, INC. | |
| *Plaintiffs* | Civil Action No. C09-05659 WHA |
| v. | |
| uPI SEMICONDUCTOR CORPORATION, ADVANCED MICRO DEVICES, INC., BEST DATA PRODUCTS, INC. D/B/A DIAMOND MULTIMEDIA, INC., EASTCOM, INC. D/B/A XFX TECHNOLOGY, INC., POWERCHIP TECHNOLOGY CORP., MAXCHIP ELECTRONICS CORP., SILICON XTAL CORPORATION, JAMES CHANG, AMANDA DAI, YP HUANG, JACKY LEE, JAY TU, ERIC HUANG, GEORGE CHOU, VINCENT WEN, DOREEN LIU, IVY YANG, STONE HONG, OWEN HSU, KEN WANG, JC CHEN, MARS LIN, WADE CHEN, MING CHEN, XYZ COMPANIES 1-4, and JOHN DOES 1-10, | |
| *Defendants* | |

## SUMMONS IN A CIVIL ACTION

To: *Defendant Eric Huang, a/k/a Hua-Chiang Huang, 2F., No.129, Baimazhuang, Zhongli City, Taoyuan County 320, Taiwan.*

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | |
|---|---|
| Yitai Hu (SBN 248085) (yitai.hu@alston.com) | ALSTON + BIRD LLP |
| Kevin C. Trock (SBN 161787) (kevin.trock@alston.com) | 275 Middlefield Road |
| S.H.Michael Kim (SBN 203491) (michael.kim@alston.com) | Menlo Park, California 94025-4008 |

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF* **RICHARD W. WIEKING**

Date: **AUG 2 3 2010**

**WILLIAM NOBLE**

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. C09-05659 WHA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00_____

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:


American LegalNet, Inc.
www.FormsWorkFlow.com