IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHTEK TECHNOLOGY CORPORATION, and RICHTEK USA, INC.,

    Plaintiffs,

  v.

uPI SEMICONDUCTOR CORPORATION, *et al.*,

    Defendants.

No. C 09-05659 WHA

**ORDER REQUESTING RESPONSE TO THE MOTION TO LIFT STAY**

A mandatory stay was issued in this action on January 19, 2010, pending the final determination by the United States International Trade Commission ("ITC") in the matter of *Certain DC-DC Controllers and Products Containing the Same*, Investigation No. 337-TA-698 (Dkt. No. 22). On September 15, plaintiffs moved to lift the stay due to the termination of the ITC's investigation on September 9 (Dkt. No. 70). In that same motion, plaintiffs asked the Court to request a transfer of the ITC's record in the investigation for use in the instant case. The motion was noticed of a hearing on the normal 35-day briefing track.

Since the basis of the instant motion is simply the termination of the ITC's investigation, a full briefing schedule is unnecessary. Any opposition to the instant motion must be filed by defendants **BY NOON ON THURSDAY, SEPTEMBER 30**. Otherwise, the stay will be lifted.

**IT IS SO ORDERED.**

Dated: September 27, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE