1  MICHAEL J. BETTINGER (SBN 122196)
   CHRIS CHIEN-WEI CHOU (SBN 166798)
2  ELAINE Y. CHOW (SBN 194063)
   DEIRDRE M. DIGRANDE (SBN 199766)
3  RACHEL R. DAVIDSON (SBN 215517)
   K&L GATES LLP
4  Four Embarcadero Center, Suite 1200
   San Francisco, CA  94111
5  Tel:  (415) 882-8200
   Fax:  (415) 882-8220
6  Email:  michael.bettinger@klgates.com
   chris.chou@klgates.com
7  elaine.chow@klgates.com
   rachel.davidson@klgates.com
8  deirdre.digrande@klgates.com

9  Attorneys for Defendant
   uPI SEMICONDUCTOR CORPORATION
10

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                         SAN FRANCISCO DIVISION

14 | RICHTEK TECHNOLOGY                    | Case No.  09-05659 WHA
   | CORPORATION and RICHTEK USA, INC.,    |
15 |                                       |
   |     Plaintiff,                        | [PROPOSED] ORDER ALLOWING
16 |                                       | SUBSTITUTION OF COUNSEL FOR
   |     v.                                | DEFENDANT uPI SEMICONDUCTOR
17 |                                       | CORPORATION
   | uPI SEMICONDUCTOR CORPORATION;        |
18 | ADVANCED MICRO DEVICES, INC.;         |
   | SAPPHIRE TECHNOLOGY LIMITED;          |
19 | DIAMOND MULTIMEDIA, INC.; and XFX     |
   | TECHNOLOGY, INC.,                     |
20 |                                       |
   |     Defendants.                       |
21

1    Having considered the stipulation of K&L Gates LLP and Haynes & Boone LLP, and the
2    consent of defendant uPI Semiconductor Corporation ("uPI"), and GOOD CAUSE appearing
3    therefore,
4    IT IS HEREBY ORDERED that Haynes & Boone LLP is substituted into the above-
5    captioned matter as sole counsel of record for uPI in place of K&L Gates LLP.  K&L Gates LLP
6    shall be removed from the service list and court roll.  Haynes & Boone LLP has entered its
7    appearance and is authorized to receive service of all pleadings, notices, orders, and other papers on
8    uPI's behalf.
9    **IT IS SO ORDERED.**
10   Dated: October  14 , 2010

_____
THE HON. WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE