GLENN E. WESTREICH (SBN 100457)
EDWARD C. KWOK (SBN 144302)
STEVEN M. LEVITAN (SBN 148716)
JENNIFER M. LANTZ (SBN 202252)
**HAYNES AND BOONE, LLP**
2033 Gateway Place, Suite 400
San Jose, California 95110
Phone:  (408) 660-4120
Facsimile:  (408) 660-4121
Email: glenn.westreich@haynesboone.com
         edward.kwok@haynesboone.com
         steve.levitan@haynesboone.com
         jennifer.lantz@haynesboone.com

Attorneys for Defendants
uPI SEMICONDUCTOR CORPORATION,
SAPPHIRE TECHNOLOGY LIMITED, and
SILICON XTAL CORPORATION

Yitai Hu (SBN 248085)
(yitai.hu@alston.com)
Kevin C. Trock (SBN 161787) (kevin.trock@alston.com)
S.H. Michael Kim (SBN 203491) (michael.kim@alston.com)
**ALSTON & BIRD LLP**
275 Middlefield Road
Menlo Park, CA 94025-4008
Telephone:      650-838-2000
Facsimile:      650-838-2001

Attorneys for Plaintiffs
RICHTEK TECHNOLOGY CORP. and RICHTEK USA, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHTEK TECHNOLOGY CORPORATION, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>uPI SEMICONDUCTOR CORPORATION, ET AL.,<br><br>Defendants. | Case No. C09-05659 WHA<br><br>[~~PROPOSED~~] **ORDER RE SCHEDULE FOR CLAIM CONSTRUCTION** |

Pursuant to this Court's October 25, 2010 Case Management Order, Defendants uPI Semiconductor Corporation, Sapphire Technology Limited and Silicon Xtal Corporation (collectively, "Defendants") and Plaintiffs Richtek Technology Corporation and Richtek USA, Inc. (collectively, "Plaintiffs"), by and through their respective counsel of record, jointly propose a Claim Construction Briefing Schedule as follows:

| | |
|---|---|
| Disclosure of Asserted Claims/Infringement Contentions | 11/04/2010 |
| Defendants' Invalidity Contentions | 12/20/2010 |
| Exchange of Proposed Claim Terms for Construction | 01/17/2011 |
| Exchange of Preliminary Constructions and Extrinsic Evid. | 02/07/2011 |
| Joint Claim Construction Statement | 02/28/2011 |
| Completion of Claim Construction Discovery | 03/21/2011 |
| Plaintiffs' Opening Claim Construction Briefs | 04/08/2011 |
| Defendants' Response Claim Construction Briefs | 04/22/2011 |
| Plaintiffs' Reply Claim Construction Briefs | 04/29/2011 |

WHEREAS, the proposed Claims Construction Briefing Schedule will not alter the date of any event or any deadline already fixed by Court order;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Defendants and Plaintiffs, through their respective counsel, that the parties will use the dates set forth above to disclose and brief the parties' positions on claim construction.


Dated:  November 1, 2010          Respectfully submitted,
                                  HAYNES AND BOONE, LLP

                                  By:     /s/ Glenn E. Westreich
                                  Glenn E. Westreich
                                  Attorney for Defendants
                                  UPI SEMICONDUCTOR CORP., SAPPHIRE TECHNOLOGY
                                  LIMITED, and SILICON XTAL CORP.

Dated:  November 1, 2010

Respectfully submitted,
ALSTON & BIRD LLP

By:   /s/  Kevin C. Trock
Kevin C. Trock
Attorney for Plaintiffs RICHTEK TECHNOLOGY CORP. and RICHTEK USA, INC.

*Filer's Attestation: Pursuant to General Order No. 45, Section X.B. regarding non-filing signatories, Glenn E. Westreich hereby attests that concurrence in the filing of this Stipulation has been obtained from Kevin C. Trock.*

**IT IS SO ORDERED.**

Dated: November __2__, 2010

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2

[PROPOSED] ORDER RE SCHEDULE FOR CLAIMS CONSTRUCTION
Case No. 09-cv-5659 WHA