1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

14
15  RICHTEK TECHNOLOGY CORPORATION and RICHTEK USA, INC.

16              Plaintiff(s),

17  vs.

18  uPI SEMICONDUCTOR CORPORATION, SAPPHIRE TECHNOLOGY LIMITED,
19  POWERCHIP TECHNOLOGY CORP., MAXCHIP ELECTRONICS CORP., SILICON
20  XTAL CORPORATION, JAMES CHANG, AMANDA DAI, YP HUANG, JACKY LEE,
21  JAY TU, ERIC HUANG, GEORGE CHOU, VINCENT WEN, DOREEN LIU, IVY YANG,
22  STONE HONG, OWEN HSU, KEN WANG, JC CHEN, MARS LIN, WADE CHEN, MING
23  CHEN, XYZ COMPANIES 1-4, AND JOHN DOES 1-10,

24              Defendant(s).

25
26

Case No: 09-05659 WHA

~~(PROPOSED)~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Page 1
~~(Proposed)~~ Order Granting Application for Admission of Attorney *Pro Hac Vice*
*Richtek Technology Corp. vs. uPI Semiconductor Corp., et al.* (U.S. N.D. Cal. Case No: 09-05659 WHA)

1       Tim Tingkang Xia, whose business address and telephone number is:

2       Tim Tingkang Xia
        Morris, Manning & Martin, LLP
3       3343 Peachtree Road, N.E.
        Atlanta, GA 30326
4       Telephone (404) 233-7000

5

6       and who is an active member in good standing of the bar of Georgia Supreme Court

7  having applied in the above-entitled action for admission to practice in the Northern District

8  of California on a pro hac vice basis, representing Maxchip Electronics Corp.

9       IT IS HEREBY ORDERED THAT the application is granted, subject to the terms

10  and conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance

11  *pro hac vice*.  Service of papers upon and communication with co-counsel designated in the

12  application will constitute notice to the party.  All future filings in this action are subject to

13  the requirements contained in General Order No. 45, *Electronic Case Filing*.

14

15  Dated:  November 23, 2010                    _____

16                                              United States District Judge

17

Page 2
(Proposed) Order Granting Application for Admission of Attorney *Pro Hac Vice*
*Richtek Technology Corp. vs. uPI Semiconductor Corp., et al.* (U.S. N.D. Cal. Case No: 09-05659 WHA)