IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHTEK TECHNOLOGY CORPORATION
and RICHTEK USA, INC.,

    Plaintiffs,

  v.

uPI SEMICONDUCTOR CORPORATION,
ADVANCED MICRO DEVICES, INC.,
SAPPHIRE TECHNOLOGY LIMITED,
DIAMOND MULTIMEDIA, INC., and
XFX TECHNOLOGY, INC.,

    Defendants.
                                /

No. C 09-05659 WHA

**ORDER SETTING HEARING
ON DEFENDANTS'
DISCOVERY DISPUTE**

      The Court **SETS** a meet-and-confer re defendants' discovery dispute for **DECEMBER 15, 2010, STARTING FROM 8:00 AND ENDING AT 11:00 A.M.** in the Court's jury room. A hearing will commence at 11:00 a.m. to resolve any remaining discovery issue(s). Plaintiffs' response is due by noon on December 14.

      Please note that only those lawyers who personally attend the meet-and-confer in the Court's jury room may be heard at the hearing.

      **IT IS SO ORDERED.**

Dated: December 10, 2010.

                                      WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE