IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHTEK TECHNOLOGY CORPORATION and RICHTEK USA, INC.,

    Plaintiffs,

  v.

UPI SEMICONDUCTOR CORPORATION, *et al.*,

    Defendant.

No. C 09-05659 WHA

**ORDER REGARDING PLAINTIFFS' MOTION TO FILE OPPOSITION UNDER SEAL**

On December 2, 2010, plaintiffs filed an administrative motion to file their opposition to certain Taiwanese defendants' motion to dismiss for lack of personal jurisdiction under seal. Plaintiffs' request was not narrowly tailored in accordance with Civil Local Rule 79-5 and the order approving the stipulated protective order in this action (Dkt. No. 130). Furthermore, defendant uPI Semiconductor Corporation failed to timely file a declaration supporting the motion as required by Rule 79-5. Accordingly, the motion cannot be granted at this time.

The parties may cure these defects by **NOON ON DECEMBER 16, 2010**. No further extensions will be granted. The parties are urged to review and comply with Rule 79-5 regarding all future motions to file under seal.

**IT IS SO ORDERED.**

Dated: December 13, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE