IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHTEK TECHNOLOGY CORPORATION and RICHTEK USA, INC.,<br><br>    Plaintiffs,<br><br>  v.<br><br>UPI SEMICONDUCTOR CORPORATION, *et al.*,<br><br>    Defendants.<br>_____/ | No. C 09-05659 WHA<br><br>**ORDER DENYING MOTION FOR PROTECTIVE ORDER** |

On December 8, 2010, defendants filed a letter requesting a protective order staying certain discovery pending the outcome of defendants' motions to dismiss. Because the parties have reached an agreement resolving their discovery dispute, the motion for a protective order is deemed withdrawn, and on that ground it is **DENIED**.

**IT IS SO ORDERED.**

Dated: December 15, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE