IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHTEK TECHNOLOGY CORPORATION and RICHTEK USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UPI SEMICONDUCTOR CORPORATION, *et al.*, <br><br> Defendants. | No. C 09-05659 WHA <br><br> **NOTICE ADVANCING HEARING DATE** |

On November 20, 2010, defendant Maxchip Exlectronics Corporation filed notices of joinder to three pending motions to dismiss. The motions to dismiss are set to be heard on December 23, 2010. Maxchip, however, noticed a hearing on its joinders for January 13, 2011. In the interest of efficiency, Maxchip's joinders will be considered at the same time as the motions to which they relate. The hearing on Maxchip's joinders currently set for January 13, 2011 is accordingly advanced to **8:00 A.M. ON DECEMBER 23, 2010**.

**IT IS SO ORDERED.**

Dated: December 16, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE