UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHTEK TECHNOLOGY CORPORATION, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>UPI SEMICONDUCTOR CORPORATION, et al.,<br><br>    Defendants.<br>_____/ | No. C-09-05659-WHA  (DMR)<br><br>**ORDER TO MEET AND CONFER RE SCHEDULING OF SETTLEMENT CONFERENCE** |

    The Court has heard back from counsel regarding the proposed February 25, 2011 and February 28, 2011 settlement conference dates. Three counsel indicated availability on February 28, 2011. Counsel for Maxchip indicated a preference for February 25, 2011 but did not state availability for February 28, 2011. The Court also is in receipt of a December 10, 2010 letter from Warren Heit, Esq., counsel for Powerchip, which was copied to all counsel. Mr. Heit's letter suggests potential procedures regarding the participation of the numerous Taiwan-based parties in the settlement conference.

    The Court now orders the parties to meet and confer to agree upon a date for the settlement conference, as well as procedures for including participants based in Taiwan. Should the parties agree that a date other than February 25 or 28, 2011 is preferable, the parties shall agree on several available dates in March 2011 for the Court to consider. The Court is available for a settlement

conference with the parties all day on February 25 or 28, 2011.  The Court is not available for full-day settlement conferences in March 2011.

The parties shall inform the Court of the proposed date(s) for the settlement conference, as well as the proposed procedures for including Taiwan-based participants, through Courtroom Deputy Ivy Garcia, who can be reached at (510) 637-3639.  By no later than **January 12, 2011**, the parties shall report all requested information to Ms. Garcia.

IT IS SO ORDERED.

Dated:  December 21, 2010

IT IS SO ORDERED
Judge Donna M. Ryu

_____
DONNA M. RYU
United States Magistrate Judge

**United States District Court**
For the Northern District of California

2