IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHTEK TECHNOLOGY CORPORATION and RICHTEK USA, INC.,

Plaintiffs,

v.

UPI SEMICONDUCTOR CORPORATION, *et al.*,

Defendants.

No. C 09-05659 WHA

**NOTICE REGARDING RESPONSES TO SHOW CAUSE ORDER**

Having considered all submissions filed in response to the January 3 order to show cause why this action should not be stayed pending the outcome of the related Taiwanese actions, the undersigned judge has not yet determined to stay the action. In the meantime, the parties are directed to proceed with discovery and all other procedural obligations.

**IT IS SO NOTICED.**

Dated: January 7, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE