IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHTEK TECHNOLOGY CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>UPI SEMICONDUCTOR CORPORATION, *et al.*,<br><br>    Defendants. | No. C 09-05659 WHA<br><br>**ORDER TO SHOW CAUSE AND SETTING HEARING ON DISCOVERY DISPUTE** |

Having read the letter dated January 10, 2011 from Attorney Kim on behalf of plaintiff Richtek Technology Corporation, defendant uPI Semiconductor Corporation is ordered to show cause why all materials produced in the United States International Trade Commission investigation should not be fully usable in this case and shall otherwise explain itself in response to said letter. Defendant uPI must do so by **NOON ON JANUARY 19, 2011**.

Counsel for Richtek and uPI shall meet and confer in the Attorneys' Lounge on the 18th floor of the federal court building on **JANUARY 27, 2011**, starting at **10:00 AM**. Counsel must first check in with chambers on the 19th floor. If counsel do not fully resolve all discovery issues during this meet-and-confer session, then the remaining issues will be heard at **2:00 PM**. The hearing on defendant Chen's motion to dismiss currently scheduled for 8:00 a.m. on January 27 most likely will be continued to 2:00 p.m. as well, due to a criminal trial scheduled for that morning.

For its part, Richtek shall file no motion for a preliminary injunction without explaining why said motion is not being filed before the ITC rather than before this district court.

**IT IS SO ORDERED.**

Dated: January 12, 2011.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE