IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHTEK TECHNOLOGY CORPORATION,

    Plaintiff,

v.

UPI SEMICONDUCTOR CORPORATION, *et al.*,

    Defendants.

No. C 09-05659 WHA

**ORDER REGARDING PERMISSION TO FILE MOTION FOR PRELIMINARY INJUNCTION**

Receipt of plaintiff's request for permission to file a motion for preliminary injunction is acknowledged. A decision on this request will be issued after a decision is issued on the motion to stay the action pending re-examination of the asserted patents, which is set to be heard on February 10. In the meantime, no motion for preliminary injunction may be filed.

**IT IS SO ORDERED.**

Dated: January 21, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE