IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHTEK TECHNOLOGY CORPORATION,

    Plaintiff,

v.

UPI SEMICONDUCTOR CORPORATION, *et al.*,

    Defendants.

No. C 09-05659 WHA

**ORDER CONTINUING HEARING ON PLAINTIFF'S DISCOVERY DISPUTE**

The meet-and-confer re plaintiff's discovery dispute is **CONTINUED** to **9:30 A.M. ON TUESDAY, FEBRUARY 15, 2010**, in the Court's jury room on the 19th floor of the federal courthouse. Failing resolution, the Court shall hold a hearing at **1:30 P.M.** in Courtroom 9.

Please note that only those attorneys who participate in the meet-and-confer in the Court's jury room may be heard at the hearing.

**IT IS SO ORDERED.**

Dated: January 24, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE