UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| RICHTEK TECHNOLOGY CORP., | No. C 09-05659 WHA (LB) |
| Plaintiff, v. | **NOTICE OF REFERRAL AND ORDER RE DISCOVERY PROCEDURES** |
| UPI SEMICONDUCTOR CORP., *et al.*, | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The district court has referred Plaintiff's February 2, 2011 Letter, which is a discovery matter, to United States Magistrate Judge Laurel Beeler.

The court **DENIES** the pending discovery request without prejudice and directs the parties to comply with the procedures for addressing discovery disputes set forth in Judge Beeler's standing order (attached). Those procedures require, among other things, that if a meet-and-confer by other means does not resolve the parties' dispute, lead counsel for the parties must meet and confer **in person**. If that procedure does not resolve the disagreement, the parties must file a joint letter instead of a formal motion. After reviewing the joint letter, the court will evaluate whether further proceedings are necessary, including any further briefing or argument.

**IT IS SO ORDERED.**

Dated: February 7, 2011

_____
LAUREL BEELER
United States Magistrate Judge

C 09-05659 WHA (LB)
NOTICE OF REFERRAL AND ORDER