IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHTEK TECHNOLOGY CORPORATION,

        Plaintiff,

  v.

UPI SEMICONDUCTOR CORPORATION, *et al.*,

        Defendants.
                                /

No. C 09-05659 WHA

**ORDER RE MOTION TO FILE UNDER SEAL**

      Richtek seeks permission to file sixteen items under seal, including full deposition transcripts (Dkt. No. 293). The motion cannot be granted at this time. *First*, Richtek did not submit a proposed order as required by Civil Local Rule 79-5(b)(2). *Second*, the request is not narrowly drawn to include only sealable material (*see* Dkt. No. 118). Additionally, Richtek's motion described the items in question without identifying them by exhibit number, leaving the Court to guess where in Richtek's voluminous submissions they might be found.

      Richtek may attempt to cure these defects by **NOON ON APRIL 28, 2011**. Because counsel dispute which party is responsible for narrowing overbroad sealing requests, counsel are reminded that the party designating material as confidential must do so narrowly. That party must either withdraw its confidentiality designation or submit a supporting affidavit when such material becomes the subject of a motion to file under seal. Over-designation will result in wholesale denial of sealing requests. Counsel must cooperate, as this will be their only opportunity to cure the defects of Richtek's motion.

      **IT IS SO ORDERED.**

Dated: April 25, 2011.

                                    WILLIAM ALSUP
                                    UNITED STATES DISTRICT JUDGE