IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHTEK TECHNOLOGY CORPORATION,<br><br>           Plaintiff,<br><br>   v.<br><br>UPI SEMICONDUCTOR CORPORATION, POWERCHIP TECHNOLOGY CORPORATION, *et al.*,<br><br>           Defendant.<br>                                                          / | No. C 09-05659 WHA<br><br>**ORDER REGARDING JOINT STATEMENT ON PERSONAL JURISDICTION TRIAL** |

Having considered the joint statement by Richtek Technology Corporation and Powerchip Technology Corporation regarding the possibility of a short trial on the limited issue of personal jurisdiction, this order concludes that no such trial will be held. Because the factual issues underlying the question of personal jurisdiction over Powerchip are complex and closely related to the merits of the case, such a trial would not be efficient and would not materially advance the action. The stay will remain in place and the present record will stand.

**IT IS SO ORDERED.**

Dated: July 6, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE