IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHTER TECHNOLOGY CORPORATION,

    Plaintiff,

  v.

uPI SEMICONDUCTOR CORPORATION, POWERCHIP TECHNOLOGY CORP., MAXCHIP ELECTRONICS CORP., SILICON XTAL CORPORATION, AMANDA DAI, JACKY LEE, XYZ COMPANIES 1–4, and JOHN DOES 1–10,

    Defendants.

No. C 09-05659 WHA

**ORDER SETTING CASE MANAGEMENT CONFERENCE**

Pursuant to plaintiff's status report advising the Court that all reexaminations have been concluded, the Court sets a case management conference for **JANUARY 24, 2013, AT 11:00 A.M.** A joint case management statement is due by January 17.

**IT IS SO ORDERED.**

Dated: January 8, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE