1 | GLENN E. WESTREICH (SBN 100457)
2 | JASON M. GONDER (SBN 257522)
  | INCHAN A. KWON (SBN 247614)
  | **HAYNES AND BOONE, LLP**
3 | 2033 Gateway Place, Suite 300
  | San Jose, California 95110
4 | Tel: (408) 660-4120
  | Fax: (408) 660-4121
5 | Email: upi@haynesboone.com

6 | Attorneys for Defendants,
  | uPI SEMICONDUCTOR CORPORATION
7 | and SILICON XTAL CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RICHTEK TECHNOLOGY CORPORATION,<br><br>          Plaintiff,<br><br>     v.<br><br>uPI SEMICONDUCTOR CORPORATION, et al.,<br><br>          Defendants. | Case No. CV 09-05659 WHA<br><br>**[PROPOSED] ORDER GRANTING SUBSTITUTION OF COUNSEL FOR DEFENDANTS uPI SEMICONDUCTOR CORPORATION and SILICON XTAL CORPORATION** |

1    Having considered the SUBSTITUTION OF COUNSEL FOR DEFENDANTS uPI
2 SEMICONDUCTOR CORPORATION and SILICON XTAL CORPORATION and GOOD
3 CAUSE appearing therefore,
4    IT IS HEREBY ORDERED that Hogan Lovells US LLP is substituted into the above-
5 captioned matter as sole counsel of record for uPI and SXC in place of Haynes and Boone, LLP.
6 Haynes and Boone, LLP shall be removed from the service list and Court roll. Steven M.
7 Levitan, Edward C. Kwok, Jennifer M. Lantz, and Clark S. Stone of Hogan Lovells US LLP
8 have entered their appearance and are authorized to receive service of all pleadings, notices,
9 orders, and other papers on uPI and SXC's behalf.
10 **IT IS SO ORDERED**:

12 DATED: January 8, 2013.

THE HON. WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

1
[PROPOSED] ORDER GRANTING SUBSTITUTION OF COUNSEL
Case No. 09-cv-5659 WHA