1  GLENN E. WESTREICH (SBN 100457)
   JASON M. GONDER (SBN 257522)
2  INCHAN A. KWON (SBN 247614)
   **HAYNES AND BOONE, LLP**
3  2033 Gateway Place, Suite 300
   San Jose, California 95110
4  Tel: (408) 660-4120
   Fax: (408) 660-4121
5  Email: upi@haynesboone.com

6  Attorneys for Defendants,
   uPI SEMICONDUCTOR CORPORATION
7  and SILICON XTAL CORPORATION

8

9

10                    **UNITED STATES DISTRICT COURT**

11                    **NORTHERN DISTRICT OF CALIFORNIA**

12                         **SAN FRANCISCO DIVISION**

13

14 | RICHTEK TECHNOLOGY          | Case No. CV 09-05659 WHA
15 | CORPORATION,                |
   |                             | **[PROPOSED] ORDER GRANTING
16 |          Plaintiff,         | SUBSTITUTION OF COUNSEL FOR
   |                             | DEFENDANTS uPI SEMICONDUCTOR
17 |     v.                      | CORPORATION and SILICON XTAL
   |                             | CORPORATION**
18 | uPI SEMICONDUCTOR CORPORATION, et
   | al.,
19 |
   |          Defendants.
20

1  Having considered the SUBSTITUTION OF COUNSEL FOR DEFENDANTS uPI
2  SEMICONDUCTOR CORPORATION and SILICON XTAL CORPORATION and GOOD
3  CAUSE appearing therefore,
4  IT IS HEREBY ORDERED that Hogan Lovells US LLP is substituted into the above-
5  captioned matter as sole counsel of record for uPI and SXC in place of Haynes and Boone, LLP.
6  Haynes and Boone, LLP shall be removed from the service list and Court roll.  Steven M.
7  Levitan, Edward C. Kwok, Jennifer M. Lantz, and Clark S. Stone of Hogan Lovells US LLP
8  have entered their appearance and are authorized to receive service of all pleadings, notices,
9  orders, and other papers on uPI and SXC's behalf.
10 **IT IS SO ORDERED**:

12 DATED: January 8, 2013.

   THE HON. WILLIAM H. ALSUP
13 UNITED STATES DISTRICT JUDGE

1
[PROPOSED] ORDER GRANTING SUBSTITUTION OF COUNSEL
Case No. 09-cv-5659 WHA