1   HOGAN LOVELLS US LLP
    Steven M. Levitan (Bar No. 148716)
2   Edward C. Kwok (Bar No. 144302)
    Jennifer M. Lantz (Bar No. 202252)
3   Clark S. Stone (Bar No. 202123)
    525 University Avenue, 4th Floor
4   Palo Alto, California  94301
    Telephone:     (650) 463-4000
5   Facsimile:      (650) 463-4199
    steve.levitan@hoganlovells.com
6   jennifer.lantz@hoganlovells.com
    edward.kwok@hoganlovells.com
7   clark.stone@hoganlovells.com

8   Attorneys for Defendants UPI SEMICONDUCTOR
    CORPORATION and SILICON XTAL
9   CORPORATION

10                   UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13

14
    RICHTEK TECHNOLOGY                    Case No. CV 09-05659 WHA
15  CORPORATION,
                                          **CORRECTED STIPULATION AND**
16              Plaintiff,                **[PROPOSED] ORDER TO CONTINUE**
                                          **JANUARY 24, 2013 CASE MANAGEMENT**
17  v.                                    **CONFERENCE**

18  uPI SEMICONDUCTOR
    CORPORATION, POWERCHIP
19  TECHNOLOGY CORP., MAXCHIP
    ELECTRONICS CORP., SILICON XTAL
20  CORPORATION, AMANDA DAI,
    JACKY LEE, XYZ COMPANIES 1-4,
21  AND JOHN DOES 1-10,

22              Defendants.

23

24          Subject to the Court's approval, at the request of Defendants uPI Semiconductor

25  Corporation ("uPI") and Silicon XTal Corporation ("SXC"), due to the unavailability of counsel

26  for uPI and SXC on January 24, 2013, counsel for all parties hereby stipulate to continue the Case

27  Management Conference currently set for January 24, 2013 at 11:00 a.m. to February 7, 2013 at

28  11:00 a.m.  The joint case management statement will be due by January 31, 2013.

HOGAN LOVELLS US
LLP
ATTORNEYS AT LAW
SAN FRANCISCO
                                                      CORRECTED STIPULATION AND
                                                      [PROPOSED] ORDER TO CONTINUE CMC
                                                      - CV 09-05659 WHA

\\040496/000003 - 1040407 v1

1

2    Dated: January _11_, 2013                    HOGAN LOVELLS US LLP

3

4                                                By:___/s/ Jennifer M. Lentz_____
                                                    Jennifer M. Lentz
5                                                   Attorneys for Defendants uPI
                                                    SEMICONDUCTOR CORPORATION
6                                                   and SILICON XTAL CORPORATION

7    Dated: January _11_, 2013                    ALSTON & BIRD LLP

8

9                                                By:___/s/ Kevin Trock_____
                                                    Kevin Trock
10                                                  Attorneys for Plaintiff RICHTEK
                                                    TECHNOLOGY CORPORATION

11   Dated: January _11_, 2013                    MORRIS, MANNING & MARTIN LLP

12

13                                               By:___/s/ Bryan Harrison_____
                                                    Bryan Harrison
14                                                  Attorneys for Defendant MAXCHIP
                                                    ELECTRONICS CORPORATION
15

16

17

18

19

20

21

22

23

24

25

26

27

28

CORRECTED STIPULATION AND
[PROPOSED] ORDER TO CONTINUE CMC
- CV 09-05659 WHA

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>ATTESTATION</u>**

Pursuant to General Order No. 45 X(B), I hereby attest that concurrence in the filing of this document has been obtained from each of the above-listed signatories.

By:   *  /s/ Jennifer M. Lantz*
Jennifer M. Lantz

HOGAN LOVELLS US
LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 3 -

CORRECTED STIPULATION AND
[~~PROPOSED~~] ORDER TO CONTINUE CMC
- CV 09-05659 WHA

\\040496/000003 - 1040407 v1

1      **IT IS SO ORDERED** that the Case Management Conference set for January 24, 2013 at

2   11:00 a.m. is rescheduled to February 7, 2013 at 11:00 a.m.  The joint case management

3   statement will be due by January 31, 2013.  There will be no further continuances.

4

5   Dated: <u>January 14, 2013.</u>

6                                                Hon. William H. Alsup
                                                United States District Judge

7

8                                          IT IS SO ORDERED
                                              AS MODIFIED
9

10                                          Judge William Alsup

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Hogan Lovells US
LLP
Attorneys At Law
San Francisco

- 4 -

CORRECTED STIPULATION AND
[PROPOSED] ORDER TO CONTINUE CMC
- CV 09-05659 WHA

\\040496/000003 - 1040407 v1