HOGAN LOVELLS US LLP
Steven M. Levitan (Bar No. 148716)
Edward C. Kwok (Bar No. 144302)
Jennifer M. Lantz (Bar No. 202252)
Clark S. Stone (Bar No. 202123)
525 University Avenue, 4th Floor
Palo Alto, California 94301
Telephone: (650) 463-4000
Facsimile: (650) 463-4199
steve.levitan@hoganlovells.com
jennifer.lantz@hoganlovells.com
edward.kwok@hoganlovells.com
clark.stone@hoganlovells.com

Attorneys for Defendants UPI SEMICONDUCTOR CORPORATION and SILICON XTAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHTEK TECHNOLOGY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>uPI SEMICONDUCTOR CORPORATION, POWERCHIP TECHNOLOGY CORP., MAXCHIP ELECTRONICS CORP., SILICON XTAL CORPORATION, AMANDA DAI, JACKY LEE, XYZ COMPANIES 1-4, AND JOHN DOES 1-10,<br><br>Defendants. | Case No. CV 09-05659 WHA<br><br>**CORRECTED STIPULATION AND [PROPOSED] ORDER TO CONTINUE JANUARY 24, 2013 CASE MANAGEMENT CONFERENCE** |

Subject to the Court's approval, at the request of Defendants uPI Semiconductor Corporation ("uPI") and Silicon XTal Corporation ("SXC"), due to the unavailability of counsel for uPI and SXC on January 24, 2013, counsel for all parties hereby stipulate to continue the Case Management Conference currently set for January 24, 2013 at 11:00 a.m. to February 7, 2013 at 11:00 a.m. The joint case management statement will be due by January 31, 2013.

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CORRECTED STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC
- CV 09-05659 WHA

\\040496/000003 - 1040407 v1

1
2  Dated: January 11, 2013                HOGAN LOVELLS US LLP
3
4                                         By:   /s/ Jennifer M. Lentz
                                                Jennifer M. Lentz
5                                               Attorneys for Defendants uPI
                                                SEMICONDUCTOR CORPORATION
6                                               and SILICON XTAL CORPORATION

7  Dated: January 11, 2013                ALSTON & BIRD LLP
8
9                                         By:   /s/ Kevin Trock
                                                Kevin Trock
10                                              Attorneys for Plaintiff RICHTEK
                                                TECHNOLOGY CORPORATION
11 Dated: January 11, 2013                MORRIS, MANNING & MARTIN LLP
12
13                                        By:   /s/ Bryan Harrison
                                                Bryan Harrison
14                                              Attorneys for Defendant MAXCHIP
                                                ELECTRONICS CORPORATION
15
16
17
18
19
20
21
22
23
24
25
26
27
28

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
SAN FRANCISCO

\\040496/000003 - 1040407 v1

- 2 -   CORRECTED STIPULATION AND
        [PROPOSED] ORDER TO CONTINUE CMC
        - CV 09-05659 WHA

## ATTESTATION

Pursuant to General Order No. 45 X(B), I hereby attest that concurrence in the filing of this document has been obtained from each of the above-listed signatories.

By: */s/ Jennifer M. Lantz*
Jennifer M. Lantz

1  **IT IS SO ORDERED** that the Case Management Conference set for January 24, 2013 at
2  11:00 a.m. is rescheduled to February 7, 2013 at 11:00 a.m.  The joint case management
3  statement will be due by January 31, 2013. There will be no further continuances.

5  Dated: January 14, 2013.

Hon. William H. Alsup
United States District Judge



IT IS SO ORDERED AS MODIFIED
Judge William Alsup

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 4 -

CORRECTED STIPULATION AND
[PROPOSED] ORDER TO CONTINUE CMC
- CV 09-05659 WHA

\\040496/000003 - 1040407 v1