IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHTEK TECHNOLOGY CORPORATION, ET AL., <br><br> Plaintiff, <br><br> v. <br><br> UPI SEMICONDUCTOR CORPORATION, ET AL., <br><br> Defendant. | No. C 09-05659 WHA <br><br> **ORDER POSTPONING HEARING ON MOTION TO STAY** |

In the interest of judicial efficiency, the March 7 hearing on the motion to stay is **POSTPONED** until **MARCH 28**. The parties are **ORDERED** to fully cooperate with Magistrate Judge Ryu in selecting a date prior to the hearing for a settlement conference. The briefing schedule on the stay motion remains unchanged.

**IT IS SO ORDERED.**

Dated:  February 13, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE