UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHTEK TECHNOLOGY CORPORATION, ET AL.,

    Plaintiff(s),

v.

UPI SEMICONDUCTOR CORPORATION, ET AL.,

    Defendant(s).

No. C-09-05659 WHA (DMR)

**ORDER**

The court received Defendant Powerchip's request to allow its party representatives to participate via telephone from Taiwan. Having reviewed the record in this case, the court would be inclined to grant Powerchip's request. However, Powerchip did not indicate whether any party objects to its request. Parties should file any objections by no later than Tuesday, March 5, 2013.

IT IS SO ORDERED.

Dated: March 1, 2013

DONNA M. RYU
United States Magistrate Judge