UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHTEK TECHNOLOGY CORPORATION, ET AL., <br><br> Plaintiff(s), <br><br> v. <br><br> UPI SEMICONDUCTOR CORPORATION, ET AL., <br><br> Defendant(s). | No. C-09-05659 DMR <br><br> **ORDER GRANTING DEFENDANT POWERCHIP AND DEFENDANT MAXCHIP'S REQUESTS TO APPEAR BY TELEPHONE AT SETTLEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

In the absence of objections, and good cause appearing, the court GRANTS the requests of Defendants Powerchip Technology Corporation ("Powerchip") and Maxchip Electronics Corporation ("Maxchip") to have their Taiwan-based party representatives appear by telephone at the Settlement Conference scheduled for **March 19, 2013 at 10:00 a.m.**

Party representatives for Powerchip and Maxchip who are based in Taiwan may appear telephonically, and shall be available starting at 2:00 pm Pacific Time (6:00 a.m. Taiwan time). Counsel shall make all arrangements to enable their representatives to attend by phone. Powerchip and Maxchip attorneys and their party representatives who are not based in Taiwan must appear in person.

This order does not give counsel or party representatives permission to appear telephonically at any subsequent settlement proceedings in this case.

IT IS SO ORDERED.

Dated: March 7, 2013

_____
DONNA M. RYU
United States Magistrate Judge