1   DARIN W. SNYDER (SB #136003)
    dsnyder@omm.com
2   MICHAEL SAPOZNIKOW (SB #242640)
    msapoznikow@omm.com
3   O'MELVENY & MYERS LLP
    Two Embarcadero Center, 28th Floor
4   San Francisco, CA 94111
    Telephone:    (415) 984-8700
5   Facsimile:    (415) 984-8701

6   Attorneys for Third Parties
    ADVANCED MICRO DEVICES, INC.,
7   XFX TECHNOLOGY, INC., and
    BEST DATA PRODUCTS, INC. D/B/A
8   DIAMOND MULTIMEDIA

9

10

11

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 12   RICHTEK TECHNOLOGY CORPORATION, et al., | Case No. C09-05659 WHA |
| 13                    Plaintiffs, | **CORRECTED UNOPPOSED MOTION FOR ENTRY OF PROTECTIVE ORDER REGARDING CONFIDENTIAL MATERIALS OF THIRD PARTIES ADVANCED MICRO DEVICES, INC., XFX TECHNOLOGY, INC., AND BEST DATA PRODUCTS, INC. D/B/A DIAMOND MULTIMEDIA** |
| 14          v. | |
| 15   uPI SEMICONDUCTOR CORPORATION, et al., | |
| 16                    Defendants. | |
| 17 | |

18

19

20

21

22

23

24

25

26

27

28

CORRECTED PROTECTIVE ORDER
RE: AMD, XFX, AND DIAMOND
NO. C09-05659 WHA

1    WHEREAS, third parties Advanced Micro Devices, Inc. ("AMD"), XFX Technology, Inc.

2  ("XFX"), and Best Data Products, Inc. d/b/a Diamond Multimedia ("Diamond") disclosed

3  materials designated Confidential Business Information ("CBI") to Plaintiff Richtek Technology

4  Corp. ("Richtek") and Defendant uPI Semiconductor Corporation ("uPI") in the International

5  Trade Commission ("ITC") investigation and enforcement proceedings designated *In the Matter of*

6  *Certain DC-DC Controllers And Products Containing The Same*, Investigation No. 337-TA-698

7  (the "ITC Proceedings"), and

8    WHEREAS, the CBI materials were designated by AMD, XFX, and Diamond pursuant to

9  protective orders issued by the ITC, and

10    WHEREAS, pursuant to the protective orders issued in the ITC, and contingent on (i) entry

11  of this Protective Order and (ii) the application of the Stipulated Protective Order (Docket 119)

12  and the Order Approving Stipulated Protective Order Subject To Stated Conditions (Docket 130)

13  to their CBI materials, AMD, Diamond, and XFX have agreed to grant consent to uPI and Richtek

14  to use in this Action materials designated CBI by AMD, Diamond, and XFX in the ITC Actions,

15  and

16    WHEREAS, AMD, XFX, and Diamond jointly request that the Court enter this Protective

17  Order, and Richtek and uPI do not oppose this motion:

18    IT IS HEREBY ORDERED that any Party in this Action intending to file with the Court

19  (whether under seal or not) or disclose or discuss at any Court hearing (whether at trial or

20  otherwise) materials designated CBI in the ITC proceedings by AMD, Diamond, and XFX must

21  give advance notice of ten (10) business days to the third party that designated the CBI materials

22  through the undersigned counsel for AMD, Diamond, and XFX.  If the third party that designated

23  the CBI materials in the ITC provides a written objection to the Party in this Action that seeks to

24  use the CBI materials within five (5) business days after receiving notice, and if the dispute cannot

25  be resolved after reasonable efforts to meet and confer, the third party that designated the CBI

26  materials in the ITC may file a motion to prevent the use of the CBI materials.  Until such a

27  motion is resolved, the CBI materials that are the subject of the objection shall not be filed with

28  the Court, or disclosed, or discussed at any Court hearing in this Action.

1    Nothing in this Protective Order affects the admissibility (or not) in this Action of any

2    materials disclosed in the ITC proceedings.

3

4    PURSUANT TO UNOPPOSED MOTION, IT IS SO ORDERED.

5
     DATED: _____March 18, 2013._____
6                                                    _____
                                                     Honorable William Alsup
7                                                    United States District Judge

8

9

10   DATED: February 28, 2013              DARIN W. SNYDER
                                           MICHAEL SAPOZNIKOW
11                                         O'MELVENY & MYERS LLP

12
                                           /s/ Michael Sapoznikow
13                                         _____
                                               Michael Sapoznikow
14
                                           Attorneys for Third Parties
15                                         ADVANCED MICRO DEVICES, INC.,
                                           XFX TECHNOLOGY, INC., and
16                                         BEST DATA PRODUCTS, INC. D/B/A
                                           DIAMOND MULTIMEDIA
17

18

19

20

21

22

23

24

25

26

27

28

CORRECTED PROTECTIVE ORDER
RE: AMD, XFX, AND DIAMOND
NO. C09-05659 WHA