1  DARIN W. SNYDER (SB #136003)
   dsnyder@omm.com
2  MICHAEL SAPOZNIKOW (SB #242640)
   msapoznikow@omm.com
3  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
4  San Francisco, CA 94111
   Telephone:   (415) 984-8700
5  Facsimile:   (415) 984-8701

6  Attorneys for Third Parties
   ADVANCED MICRO DEVICES, INC.,
7  XFX TECHNOLOGY, INC., and
   BEST DATA PRODUCTS, INC. D/B/A
8  DIAMOND MULTIMEDIA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHTEK TECHNOLOGY CORPORATION, et al.,<br><br>             Plaintiffs,<br><br>      v.<br><br>uPI SEMICONDUCTOR CORPORATION, et al.,<br><br>             Defendants. | Case No. C09-05659 WHA<br><br>**CORRECTED UNOPPOSED MOTION FOR ENTRY OF PROTECTIVE ORDER REGARDING CONFIDENTIAL MATERIALS OF THIRD PARTIES ADVANCED MICRO DEVICES, INC., XFX TECHNOLOGY, INC., AND BEST DATA PRODUCTS, INC. D/B/A DIAMOND MULTIMEDIA** |

1  WHEREAS, third parties Advanced Micro Devices, Inc. ("AMD"), XFX Technology, Inc. ("XFX"), and Best Data Products, Inc. d/b/a Diamond Multimedia ("Diamond") disclosed materials designated Confidential Business Information ("CBI") to Plaintiff Richtek Technology Corp. ("Richtek") and Defendant uPI Semiconductor Corporation ("uPI") in the International Trade Commission ("ITC") investigation and enforcement proceedings designated *In the Matter of Certain DC-DC Controllers And Products Containing The Same*, Investigation No. 337-TA-698 (the "ITC Proceedings"), and

WHEREAS, the CBI materials were designated by AMD, XFX, and Diamond pursuant to protective orders issued by the ITC, and

WHEREAS, pursuant to the protective orders issued in the ITC, and contingent on (i) entry of this Protective Order and (ii) the application of the Stipulated Protective Order (Docket 119) and the Order Approving Stipulated Protective Order Subject To Stated Conditions (Docket 130) to their CBI materials, AMD, Diamond, and XFX have agreed to grant consent to uPI and Richtek to use in this Action materials designated CBI by AMD, Diamond, and XFX in the ITC Actions, and

WHEREAS, AMD, XFX, and Diamond jointly request that the Court enter this Protective Order, and Richtek and uPI do not oppose this motion:

IT IS HEREBY ORDERED that any Party in this Action intending to file with the Court (whether under seal or not) or disclose or discuss at any Court hearing (whether at trial or otherwise) materials designated CBI in the ITC proceedings by AMD, Diamond, and XFX must give advance notice of ten (10) business days to the third party that designated the CBI materials through the undersigned counsel for AMD, Diamond, and XFX.  If the third party that designated the CBI materials in the ITC provides a written objection to the Party in this Action that seeks to use the CBI materials within five (5) business days after receiving notice, and if the dispute cannot be resolved after reasonable efforts to meet and confer, the third party that designated the CBI materials in the ITC may file a motion to prevent the use of the CBI materials.  Until such a motion is resolved, the CBI materials that are the subject of the objection shall not be filed with the Court, or disclosed, or discussed at any Court hearing in this Action.

Nothing in this Protective Order affects the admissibility (or not) in this Action of any materials disclosed in the ITC proceedings.

PURSUANT TO UNOPPOSED MOTION, IT IS SO ORDERED.

DATED: March 18, 2013.

_____
Honorable William Alsup
United States District Judge

DATED: February 28, 2013

DARIN W. SNYDER
MICHAEL SAPOZNIKOW
O'MELVENY & MYERS LLP

*/s/ Michael Sapoznikow*
Michael Sapoznikow

Attorneys for Third Parties
ADVANCED MICRO DEVICES, INC.,
XFX TECHNOLOGY, INC., and
BEST DATA PRODUCTS, INC. D/B/A
DIAMOND MULTIMEDIA