IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHTEK TECHNOLOGY CORPORATION, et al., <br><br> Plaintiff, <br><br> v. <br><br> UPI SEMICONDUCTOR CORPORATION, et al., <br><br> Defendant. | No. C 09-05659 WHA <br><br> **ORDER MAINTAINING STAY AND VACATING HEARING** |

Upon review of the parties' submissions, this order holds that the current stay order shall remain in effect until the determination of the Commission in ITC investigation No. 337-TA-698 becomes final. The pending motion for use of ITC discovery in this action is **DENIED WITHOUT PREJUDICE**. The March 28 hearing is **VACATED**.

The parties shall submit a joint status report by the earlier of: (1) **FIVE DAYS** after the termination of the ITC proceeding; or (2) **JULY 22 AT NOON**.

**IT IS SO ORDERED.**

Dated: March 21, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE