IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHTEK TECHNOLOGY CORPORATION, et al.,

    Plaintiff,

v.

UPI SEMICONDUCTOR CORPORATION, et al.,

    Defendants.

No. C 09-05659 WHA

**ORDER MAINTAINING STAY**

A prior order ruled that the current stay order shall remain in effect until the determination of the Commission in ITC investigation No. 337-TA-698 becomes final. The parties have notified the Court that the ITC proceeding remains ongoing and a date has not yet been set for oral argument. Accordingly, the current stay shall remain in effect. The parties shall submit a joint status report by the earlier of: (1) **FIVE DAYS** after the termination of the ITC proceeding; or (2) **NOVEMBER 18 AT NOON**.

**IT IS SO ORDERED.**

Dated: July 22, 2013.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE