IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHTEK TECHNOLOGY CORPORATION,

    Plaintiff,

  v.

uPI SEMICONDUCTOR CORPORATION, *et al.*,

    Defendants.

No. C 09-05659 WHA

**ORDER MAINTAINING STAY**

A prior order ruled that the current stay order shall remain in effect until the determination of the Commission in ITC investigation No. 337-TA-698 becomes final. The parties have notified the Court that the ITC appeal before the Federal Circuit is still pending and oral argument is scheduled for December 2, 2013. Accordingly, the current stay shall remain in effect. The parties shall submit a joint status report by the earlier of: (1) **FIVE DAYS** after the court of appeals issues an opinion; or (2) **MARCH 25 AT NOON**.

**IT IS SO ORDERED.**

Dated: December 2, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE