IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHTEK TECHNOLOGY CORPORATION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>uPI SEMICONDUCTOR CORPORATION, *et al.*,<br><br>　　　　Defendants.<br>　/ | No. C 09-05659 WHA<br><br>**ORDER MAINTAINING STAY** |

A prior order ruled that the current stay order shall remain in effect until the determination of the Commission in ITC investigation No. 337-TA-698 becomes final. The parties have notified the Court that the ITC appeal before the Federal Circuit is still pending. Accordingly, the current stay shall remain in effect. The parties shall submit a joint status report by the earlier of: (1) **FIVE CALENDAR DAYS** after the court of appeals issues an opinion; or (2) **SEPTEMBER 3 AT NOON**.

**IT IS SO ORDERED.**

Dated: June 9, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　／s／ William Alsup
　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE