IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHTEK TECHNOLOGY CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>uPI SEMICONDUCTOR CORPORATION, POWERCHIP TECHNOLOGY CORP., MAXCHIP ELECTRONICS CORP., SILICON XTAL CORPORATION, AMANDA DAI, and JACKY LEE,<br><br>  Defendants. | No. C 09-05659 WHA<br><br>**REQUEST FOR RESPONSE** |

   Defendant uPI Semiconductor Corporation argues that the stay should remain in place at least until March 2, 2015, the deadline for it to file a petition for writ of certiorari. By **FEBRUARY 9 AT NOON**, uPI shall please state whether (and by when) it will file a petition for writ of certiorari. Also, Powerchip Technology Corporation's position on the stay issue was not included in the parties' joint statement. All positions and authorities regarding lifting the stay must be filed by **FEBRUARY 9 AT NOON** (and shall not exceed five pages).


Dated: February 4, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE