IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHTEK TECHNOLOGY CORPORATION, | No. C 09-05659 WHA |
| Plaintiff, | |
| v. | |
| uPI SEMICONDUCTOR CORPORATION, *et al.*, | **ORDER MAINTAINING STAY** |
| Defendants. | |

The Court is in receipt of the parties' statements regarding the stay. The current stay shall remain in effect for now. The parties shall submit a joint status report by **MARCH 5, 2015 AT NOON**.

**IT IS SO ORDERED.**

Dated: February 9, 2015.

　　　　　　　　　　　　　　　　　　　
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE