IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHTEK TECHNOLOGY CORPORATION,<br><br>     Plaintiff,<br><br>  v.<br><br>uPI SEMICONDUCTOR CORPORATION, *et al.*,<br><br>     Defendants. | No. C 09-05659 WHA<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

The parties dispute whether the current stay should be lifted. Richtek Technology Corporation has until **APRIL 28 AT NOON**, to file a motion to lift or to partially lift the stay.

**IT IS SO ORDERED.**

Dated: April 21, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE