IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHTEK TECHNOLOGY CORPORATION,

    Plaintiff,

  v.

uPI SEMICONDUCTOR CORPORATION, et al.,

    Defendants.

No. C 09-05659 WHA

**ORDER GRANTING STIPULATION TO EXTEND HEARING DATE**

Good cause shown, the parties' stipulation to extend the June 4 hearing to June 18 is hereby **GRANTED**. The hearing on the motion to lift the stay is reset for **JUNE 18 AT 2:00 P.M.** All other deadlines remain in place.

**IT IS SO ORDERED.**

Dated: May 12, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE