IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHTEK TECHNOLOGY CORPORATION,

    Plaintiff,

v.

uPI SEMICONDUCTOR CORPORATION, POWERCHIP TECHNOLOGY CORP., MAXCHIP ELECTRONICS CORP., SILICON XTAL CORPORATION, AMANDA DAI, and JACKY LEE,

    Defendants.

No. C 09-05659 WHA

**ORDER GRANTING STIPULATION TO EXTEND REPLY DEADLINE**

The parties stipulated to extend the deadline from May 19 to May 26 for plaintiff's reply in support of its motion to lift the stay. Good cause shown, the stipulation is **GRANTED**.

**IT IS SO ORDERED.**

Dated: May 19, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE