IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHTEK TECHNOLOGY CORPORATION,

    Plaintiff,

  v.

uPI SEMICONDUCTOR CORPORATION, MAXCHIP ELECTRONICS CORPORATION, POWERCHIP TECHNOLOGY CORPORATION, SILICON XTAL, AMANDA DAI, and JACKY LEE,

    Defendants.

No. C 09-05659 WHA

**ORDER DENYING PLAINTIFF'S MOTION TO LIFT STAY**

The pending remand proceedings at the International Trade Commission involve a defense that has also been raised in this matter. 28 U.S.C. 1659. Plaintiff's motion to lift the stay is **DENIED**. The parties shall submit a joint status report by **OCTOBER 15, 2015 AT NOON**.

**IT IS SO ORDERED.**

Dated: June 19, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE