IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHTEK TECHNOLOGY CORPORATION,<br><br>　　　Plaintiff,<br><br>　v.<br><br>uPI SEMICONDUCTOR CORPORATION, *et al.*,<br><br>　　　Defendants. | No. C 09-05659 WHA<br><br><br><br>**REQUEST FOR RESPONSE** |

　　　A prior order ruled that the current stay shall remain in effect until the remand proceedings in ITC Investigation No. 337-TA-698 are concluded, as uPI asserted a defense therein that it has also asserted in this case. The parties have notified the Court that the ALJ at the ITC has issued a remand recommended determination and that the target date for concluding the ITC investigation is January 8, 2016.

　　　The joint status report does not address the status of uPI's consent defense. By **OCTOBER 22 AT NOON**, the parties shall each file a brief **NOT TO EXCEED THREE PAGES** setting forth their positions as to whether that defense remains live. To be clear, this is not an opportunity to seek reconsideration of the prior order maintaining the stay.

Dated: October 19, 2015.

　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE