**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

RICHTEK TECHNOLOGY
CORPORATION, and RICHTEK USA, INC.
                Plaintiffs,

      vs.

Maxchip Electronics Corp., et al,

          Defendants.

CASE NO. C09-05659 WHA

**[PROPOSED] ORDER GRANTING**
**MOTION FOR LEAVE TO WITHDRAW**

Assigned to Honorable William ~~H.~~ Alsup

     This Court, after having considered Morris, Manning & Martin LLP's and its attorney John P. Fry's motion to withdraw as counsel of record for Defendant Maxchip Electronics Corp., hereby GRANTS the motion.

     It is, therefore, ORDERED that Morris, Manning & Martin LLP and its attorney John P. Fry are permitted to withdraw as attorney of record for Defendant Maxchip Electronics Corp.

     Dated:  <u>October 19</u> , 2015

_____
The Hon. William ~~H.~~ Alsup
United States District Judge