IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHTEK TECHNOLOGY CORPORATION,

    Plaintiff,

v.

uPI SEMICONDUCTOR CORPORATION, MAXCHIP ELECTRONICS CORPORATION, POWERCHIP TECHNOLOGY CORPORATION, SILICON XTAL, AMANDA DAI, and JACKY LEE,

    Defendants.

No. C 09-05659 WHA

**ORDER MAINTAINING STAY**

    The ALJ's remand recommended determination has not yet been made final. The target date for a final determination is January 8, 2016. The current stay shall remain in effect for now. The parties shall submit a joint status report by the earlier of (1) **FIVE DAYS** after the ITC issues a final determination, or (2) **JANUARY 13, 2016 AT NOON**.

    **IT IS SO ORDERED.**

Dated: October 25, 2015.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE