IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHTEK TECHNOLOGY CORPORATION,

    Plaintiff,

v.

uPI SEMICONDUCTOR CORPORATION, MAXCHIP ELECTRONICS CORPORATION, POWERCHIP TECHNOLOGY CORPORATION, SILICON XTAL, AMANDA DAI, and JACKY LEE,

    Defendants.

No. C 09-05659 WHA

**ORDER LIFTING STAY AND SETTING CASE MANAGEMENT CONFERENCE**

This action was stayed pending the resolution of related proceedings before the ITC. The ITC has issued its final determination, and the parties to the ITC action agree that the stay should be lifted (Dkt. No. 442). The stay is hereby **LIFTED**. All parties shall appear for a further case management conference on **FEBRUARY 25 AT 11:00 A.M.** The parties shall submit a joint case management statement no later than **SEVEN CALENDAR DAYS** before the case management conference.

**IT IS SO ORDERED.**

Dated: January 22, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE