# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

RICHTEK TECHNOLOGY CORPORATION,

        Plaintiff,

        v.

uPI SEMICONDUCTOR CORPORATION, et al.,

        Defendants.

No. C 09-05659 WHA

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

    I, Aaron Stafford Oakley, an active member in good standing of the bar of the Supreme Court of the State of Colorado, which is the highest court of another State, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: uPI Semiconductor Corporation, Silicon Xtal, and Maxchip Electronics Corporation in the above-entitled action. My local co-counsel in this case is Steven Mark Levitan, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>One Tabor Center, Suite 1500<br>1200 Seventeenth Street<br>Denver, CO 80202 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>4085 Campbell Avenue, Suite 100<br>Menlo Park, CA 94025 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(303) 899-7300 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(650) 463-4000 |
| MY EMAIL ADDRESS OF RECORD:<br>aaron.oakley@hoganlovells.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>steve.levitan@hoganlovells.com |

    I am an active member in good standing of the highest court of another State, as indicated above; my bar number is: 43299.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct.*

Dated: March 8, 2016

                                   /s/    Aaron S. Oakley
                                              APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of Aaron S. Oakley is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:   March 9, 2016.

                                           UNITED STATES DISTRICT/MAGISTRATE JUDGE