IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHTEK TECHNOLOGY CORPORATION,

    Plaintiff,

  v.

uPI SEMICONDUCTOR CORPORATION, MAXCHIP ELECTRONICS CORPORATION, POWERCHIP TECHNOLOGY CORPORATION, SILICON XTAL, AMANDA DAI, and JACKY LEE,

    Defendants.

No. C 09-05659 WHA

**ORDER EXTENDING BRIEFING SCHEDULE**

The parties have filed a stipulation seeking to extend the briefing schedule on the uPI and Silicon Xtal's motion for judgment on the pleadings by one week (Dkt. No. 465). The parties' stipulation is hereby **APPROVED**. Richtek's opposition is due **MARCH 30**, and uPI and Silicon Xtal's reply is due **APRIL 6**. The hearing scheduled for **APRIL 21** remains in place.

**IT IS SO ORDERED.**

Dated: March 23, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE