1  [ALL COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHTEK TECHNOLOGY CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>uPI SEMICONDUCTOR CORPORATION, POWERCHIP TECHNOLOGY CORP., MAXCHIP ELECTRONICS CORP., SILICON XTAL CORPORATION, AMANDA DAI, and JACKY LEE,<br><br>  Defendants. | No. C 09-05659 WHA<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE – COUNT SEVEN OF THE THIRD AMENDED COMPLAINT;**<br><br>**[PROPOSED] ORDER**<br><br>**Hon. William Alsup** |

It is hereby stipulated by and between counsel for Plaintiff Richtek Technology Corporation ("Richtek") and counsel for Defendants uPI Semiconductor Corporation ("uPI") and Silicon Xtal Corporation ("SXC"), as follows:

1. Count Seven, and only Count Seven, of the Third Amended Complaint against uPI and SXC is hereby dismissed with prejudice.
2. Each party will bear its own costs and attorneys' fees as to Count Seven.
3. This dismissal of Count Seven resolves uPI and SXC's pending motion for partial judgment on the pleadings. D.I. 456.
4. The hearing scheduled for April 21 is hereby VACATED.

### [PROPOSED] ORDER

**IT IS SO ORDERED**.

Dated:  March 31, 2016.

_____
United States District Judge