Steven M. Levitan (Bar No. 148716)
steve.levitan@hoganlovells.com
Edward C. Kwok (Bar No. 144302)
edward.kwok@hoganlovells.com
**HOGAN LOVELLS US LLP**
4085 Campbell Avenue, Suite 100
Menlo Park, California 94025
Telephone: (650) 463-4000
Facsimile: (650) 463-4199

Christian E. Mammen (Bar No. 188454)
chris.mammen@hoganlovells.com
**HOGAN LOVELLS US LLP**
3 Embarcadero Center, 15th Floor
San Francisco, California 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499

Attorneys for Defendants uPI SEMICONDUCTOR CORPORATION, SILICON XTAL CORPORATION, and MAXCHIP ELECTRONICS CORP.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

RICHTEK TECHNOLOGY CORPORATION,

Plaintiff,

v.

uPI SEMICONDUCTOR CORPORATION, et al.,

Defendants.

Case No. CV 09-05659 WHA

**~~[PROPOSED]~~ ORDER GRANTING DEFENDANT MAXCHIP'S AND DEFENDANT SXC'S REQUESTS TO APPEAR BY TELEPHONE AT SETTLEMENT CONFERENCE**
(AS MODIFIED)

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
MENLO PARK

~~[PROPOSED]~~ ORDER GRANTING CERTAIN REQUESTS TO APPEAR BY TELEPHONE AT SETTLEMENT CONFERENCE
CASE NO. CV 09-05659 WHA

\\040496/000003 - 220684 v1

**ORDER** (AS MODIFIED)

Good cause appearing, the court GRANTS the requests of Defendants Maxchip Electronics Corporation ("Maxchip") and Silicon Xtal Corporation ("SXC") to have their party representatives appear by telephone at the Settlement Conference scheduled for May 6, 2016 at 11:00 a.m.

Party representatives for Maxchip and SXC may appear telephonically. Party representatives for Maxchip who are based in Taiwan shall be available starting at 2:30 p.m. Pacific Time (5:30 a.m. Taiwan time). Counsel shall make all arrangements to enable their representatives to attend by phone. Maxchip's and SXC's attorneys of record must appear in person.

If the court concludes that the absence of representatives for Maxchip and SXC is interfering with the settlement conference, the court may continue the settlement conference and may order personal attendance by each party including the representatives for Maxchip and SXC.

IT IS SO ORDERED.

Dated: 4/14/16




HON. DONNA M. RYU
United States Magistrate Judge