**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   RICHTEK TECHNOLOGY                         No. C 09-05659 WHA
     CORPORATION,
11
                  Plaintiff,
12                                              **NOTICE RE OPPORTUNITIES**
                                                **FOR YOUNG ATTORNEYS**
13        v.

14   uPI SEMICONDUCTOR CORPORATION,
     MAXCHIP ELECTRONICS
15   CORPORATION, POWERCHIP
     TECHNOLOGY CORPORATION,
16   SILICON XTAL, AMANDA DAI, and
     JACKY LEE,
17
                  Defendants.
18   _____/

19        Counsel will please keep in mind the need to provide arguments and courtroom

20   experience to the next generation of practitioners.  The Court will particularly welcome any

21   lawyer with four or fewer years of experience to argue the upcoming motion for leave to amend

22   infringement contentions.

23

24

25

26   Dated:   April 22, 2016.                   _____
                                                WILLIAM ALSUP
27                                              UNITED STATES DISTRICT JUDGE

28

**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28