Yitai Hu (SBN 248085) (yitai.hu@alston.com)
Ryan W. Koppelman (SBN 290704) (ryan.koppelman@alston.com)
Hsin-Yi (Cindy) Huang (SBN 215152) (cindy.huang@alston.com)
Samuel T. Lam (SBN 285135) (sam.lam@alston.com)
**ALSTON & BIRD LLP**
1950 University Avenue, 5th Floor
East Palo Alto, CA 94303
Telephone:     650-838-2000
Facsimile:     650-838-2001

Elizabeth H. Rader (SBN 184963) (elizabeth.rader@alston.com)
Jennifer (Celine) Liu (SBN 268990) (celine.liu@alston.com)
**ALSTON & BIRD LLP**
950 F Street NW
Washington, DC 20004
Telephone:     202-239-3008
Facsimile:     202-239-3333

Attorneys for Plaintiff
RICHTEK TECHNOLOGY CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHTEK TECHNOLOGY CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>uPI SEMICONDUCTOR CORPORATION, POWERCHIP TECHNOLOGY CORP., MAXCHIP ELECTRONICS CORP., SILICON XTAL CORPORATION, AMANDA DAI, and JACKY LEE,<br><br>　　　　Defendants. | No. C 09-05659 WHA<br>Order re:<br>**PLAINTIFF RICHTEK TECHNOLOGY CORP.'S AND NON-PARTIES ADVANCED MICRO DEVICES, INC.'S AND BEST DATA PRODUCTS D/B/A DIAMOND MULTIMEDIA, INC.'S STIPULATED REQUEST TO ALLOW USE OF ITC DISCOVERY** |

Pursuant to Civil Local Rule 7-12, Plaintiff Richtek Technology Corporation and non-parties Advanced Micro Devices, Inc. ("AMD") and Best Data Products d/b/a Diamond Multimedia, Inc. ("Diamond"), by and through their respective counsel of record, hereby jointly submit the following Stipulation in the above-entitled action:

**WHEREAS**, AMD and Diamond produced to Richtek certain documents in the related ITC Investigation No. 337-TA-698, *Certain DC-DC Controllers and Products Containing the Same* (the "ITC Proceedings");

**WHEREAS**, on March 31, 2016, Magistrate Judge Laurel Beeler ordered that "[a]ll discovery that Richtek and uPI produced in the related ITC investigation will be treated as if it were produced in this lawsuit, protected by a similar protective order" (Dkt. No. 473 at 4);

**WHEREAS**, Richtek has requested AMD's and Diamond's consent to treat discovery produced by AMD and Diamond in the ITC Proceedings as if it were produced in the instant lawsuit, protected by the Protective Order in this case; and

**WHEREAS**, AMD and Diamond do not object to the use in this case of documents that AMD and Diamond produced in the ITC proceedings, provided that documents designated as containing Confidential Business Information in the ITC Proceedings are designated as "Highly Confidential – Attorneys' Eyes Only" under the Protective Order in this case, and documents designated as containing Highly Sensitive Information in the ITC Proceedings are designed as "Highly Confidential – Source Code" under the Protective Order in this case;

**NOW, THEREFORE**, AMD, Diamond, and Richtek jointly request that all discovery that AMD and Diamond produced in the ITC Proceedings be treated as if it were produced in this lawsuit, provided that documents designated as containing Confidential Business Information in the ITC Proceedings are designated as "Highly Confidential – Attorneys' Eyes Only" under the Protective Order in this case, and documents designated as containing Highly Sensitive Information in the ITC Proceedings are designed as "Highly Confidential – Source Code" under the Protective Order in this case.

| | |
|---|---|
| Dated: May 9, 2016 | Respectfully submitted, |
| | **ALSTON & BIRD LLP** |
| | By: */s/Samuel T. Lam* |
| | Yitai Hu (SBN 248085) |
| | yitai.hu@alston.com |
| | Ryan W. Koppelman (SBN 290704) |
| | ryan.koppelman@alston.com |
| | Samuel T. Lam (SBN 285135) |
| | sam.lam@alston.com |
| | ALSTON & BIRD LLP |
| | 1950 University Ave., 5th Floor |
| | East Palo Alto, CA 94303-2282 |
| | Tel:   (650) 838-2000 |
| | Fax:   (650) 838-2001 |
| | |
| | Elizabeth H. Rader (SBN 183963) |
| | elizabeth.rader@alston.com |
| | Jennifer (Celine) Liu (SBN 268990) |
| | (celine.liu@alston.com) |
| | ALSTON & BIRD LLP |
| | 950 F Street |
| | Washington, D.C. 20004 |
| | Tel:   (202) 239-3008 |
| | Fax:   (202) 239-3333 |
| | |
| | Attorneys for Plaintiff |
| | RICHTEK TECHNOLOGY CORP. |
| | |
| | **O'MELVENY & MYERS LLP** |
| | By: */s/Vision L. Winter* |
| | Vision L. Winter (SBN 234172) |
| | vwinter@omm.com |
| | O'MELVENY & MYERS LLP |
| | 400 South Hope Street, 18th Floor |
| | Los Angeles, CA 90071 |
| | Tel:   (213) 430-6000 |
| | Fax:   (213) 430-6407 |
| | |
| | Darin W. Snyder (SBN 136003) |
| | dsnyder@omm.com |
| | O'MELVENY & MYERS LLP |
| | Two Embarcadero Center, 28th Floor |
| | San Francisco, CA 94111 |
| | Tel:   (415) 984-8700 |
| | Fax:   (415) 984-8701 |

| | |
|---|---|
| 1 | Attorneys for Non-Party |
| 2 | ADVANCED MICRO DEVICES, INC. and BEST DATA PRODUCTS D/B/A DIAMOND MULTIMEDIA, INC. |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I, Samuel T. Lam, attest that concurrence in the filing of this document has been obtained.

                 */s/Samuel T. Lam*
                 Samuel T. Lam

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 10, 2016

                 United States District Judge