1
2
3
4
5
6            IN THE UNITED STATES DISTRICT COURT

7            FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9
10   RICHTEK TECHNOLOGY                          No. C 09-05659 WHA
     CORPORATION,
11
              Plaintiff,
12                                               **NOTICE RE OPPORTUNITIES
        v.                                       FOR YOUNG ATTORNEYS**
13
14   uPI SEMICONDUCTOR CORPORATION,
     MAXCHIP ELECTRONICS
15   CORPORATION, POWERCHIP
     TECHNOLOGY CORPORATION,
16   SILICON XTAL, AMANDA DAI, and
     JACKY LEE,
17
              Defendants.
18   _____/
19
           Counsel will please keep in mind the need to provide arguments and courtroom
20
     experience to the next generation of practitioners.  The Court will particularly welcome any
21
     lawyer with four or fewer years of experience to argue the upcoming motion for leave to amend
22
     invalidity contentions.
23
24
25
26   Dated:   May 25, 2016.
27                                               WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE
28

United States District Court
For the Northern District of California

United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28