[ALL COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHTEK TECHNOLOGY CORPORATION,<br><br>           Plaintiff,<br><br>      v.<br><br>uPI SEMICONDUCTOR CORPORATION, POWERCHIP TECHNOLOGY CORP., MAXCHIP ELECTRONICS CORP., SILICON XTAL CORPORATION, AMANDA DAI, and JACKY LEE,<br><br>           Defendants. | Case No. 3:09-cv-05659 WHA<br><br>Order re:<br>**STIPULATION AND JOINT MOTION TO DISMISS WITH PREJUDICE** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Richtek Technology Corporation ("Richtek") and Defendants Maxchip Electronics Corp. ("Maxchip") and Silicon Xtal Corporation ("SXC"), by and through their counsel of record, pursuant to the terms of separate Settlement Agreements by and between the parties, hereby stipulate and request that the Court order that (1) all claims between Richtek and Maxchip, and Richtek and SXC, shall be dismissed with prejudice; and (2) all costs and expenses relating to the claims between Richtek and Maxchip, and Richtek and SXC, in this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same.

A proposed order accompanies this motion.

DATED: June 1, 2016               Respectfully submitted,

*/s/ Yitai Hu*
Yitai Hu (SBN 248085)
yitai.hu@alston.com
Ryan W. Koppelman (SBN 290704)
ryan.koppelman@alston.com
Hsin-Yi (Cindy) Huang (SBN 215152)
cindy.huang@alston.com
Samuel T. Lam (SBN 285135)
sam.lam@alston.com
**ALSTON & BIRD LLP**
1950 University Avenue, 5th Floor
East Palo Alto, CA  94303
Tel: 650-838-2000
Fax: 650-838-2001

Elizabeth H. Rader (SBN 184963)
elizabeth.rader@alston.com
Jennifer (Celine) Liu (SBN 268990)
celine.liu@alston.com
**ALSTON & BIRD LLP**
950 F Street NW
Washington, DC  20004
Tel: 202-239-3008
Fax: 202-239-3333

*Attorneys for Plaintiff*
*RICHTEK TECHNOLOGY CORPORATION*

DATED: June 1, 2016

Respectfully submitted,

*/s/ Steven M. Levitan*
Steven M. Levitan (SBN 148716)
steve.levitan@hoganlovells.com
Edward C. Kwok (SBN 144302)
edward.kwok@hoganlovells.com
**HOGAN LOVELLS US LLP**
4085 Campbell Avenue, Suite 100
Menlo Park, California 94025
Tel: (650) 463-4000
Fax: (650) 463-4199

Christian E. Mammen (SBN 188454)
chris.mammen@hoganlovells.com
**HOGAN LOVELLS US LLP**
3 Embarcadero Center, Suite 1500
San Francisco, California 94111
Tel: (415) 374-2300
Fax: (415) 374-2499

Aaron S. Oakley (admitted *pro hac vice*)
aaron.oakley@hoganlovells.com
**HOGAN LOVELLS US LLP**
One Tabor Center, Suite 1500
1200 Seventeenth Street
Denver, Colorado 80202
Tel: (303) 899-7300
Fax: (303) 899-7333

*Attorneys for Defendants*
*MAXCHIP ELECTRONICS CORP. and SILICON XTAL CORPORATION*

## [PROPOSED] ORDER

Having considered the parties' joint request, the Motion is **GRANTED**.

Dated: June 6, 2016. , 2016

_____
United States District Judge