1  [ALL COUNSEL LISTED ON SIGNATURE PAGES]

2

3

4

5

6

7

8

9                        UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12

13  RICHTEK TECHNOLOGY CORPORATION,          Case No. 3:09-cv-05659 WHA

14             Plaintiff,

15                                           **STIPULATION AND JOINT MOTION TO
                                             DISMISS WITH PREJUDICE AND**
16        v.                                 **[PROPOSED] ORDER**

17  uPI SEMICONDUCTOR CORPORATION,
    POWERCHIP TECHNOLOGY CORP.,
18  AMANDA DAI, and JACKY LEE,

19             Defendants.

20

21

22

23        Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Richtek Technology

24  Corporation ("Richtek") and Defendant Powerchip Technology Corp. ("Powerchip"), by and

25  through their counsel of record, pursuant to the terms of a separate Settlement Agreement between

26  the parties, hereby stipulate and request that the Court order that (1) all claims between Richtek and

27  Powerchip shall be dismissed with prejudice; and (2) all costs and expenses relating to the claims

28

1    between Richtek and Powerchip in this action (including attorney and expert fees and expenses)

2    shall be borne solely by the party incurring them.

3        A proposed order accompanies this motion.

4

5    DATED:  June 21, 2016                    Respectfully submitted,

6                                             /s/ Warren S. Heit
                                             Warren S. Heit
7                                            CA State Bar No. 164658
                                             warren.heit@whitecase.com
8                                            Jeannine Yoo Sano
                                             CA State Bar No. 174190
9                                            jsano@whitecase.com
10                                           **WHITE & CASE LLP**
                                             3000 El Camino Real
11                                           Five Palo Alto Square, 9th Floor
                                             Palo Alto, CA  94306
12                                           Tel:  (650) 213-0300
                                             Fax:  (650) 213-8158
13

14                                           *Attorneys for Defendant,*
                                             *POWERCHIP TECHNOLOGY CORP.*
15

16

17                                           */s/ Yitai Hu*
                                             Yitai Hu (SBN 248085)
18                                           yitai.hu@alston.com
                                             Ryan W. Koppelman (SBN 290704)
19                                           ryan.koppelman@alston.com
                                             Hsin-Yi (Cindy) Huang (SBN 215152)
20                                           cindy.huang@alston.com
                                             Samuel T. Lam (SBN 285135)
21                                           sam.lam@alston.com
22                                           **ALSTON & BIRD LLP**
                                             1950 University Avenue, 5th Floor
23                                           East Palo Alto, CA  94303
                                             Tel: 650-838-2000
24                                           Fax: 650-838-2001

25                                           Elizabeth H. Rader (SBN 184963)
                                             elizabeth.rader@alston.com
26                                           Jennifer (Celine) Liu (SBN 268990)
                                             celine.liu@alston.com
27                                           **ALSTON & BIRD LLP**

28

950 F Street NW
Washington, DC  20004
Tel: 202-239-3008
Fax: 202-239-3333

*Attorneys for Plaintiff*
*RICHTEK TECHNOLOGY CORPORATION*

DATED:  June 21, 2016

## [PROPOSED] ORDER

Having considered the parties' joint request, the Motion to Dismiss is **GRANTED**.

Dated: _June 22_____, 2016          _____

United States District Judge

## FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I, Yitai Hu, attest that concurrence in the filing of this document has been obtained.

*/s/*_____
Yitai Hu r