IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHTEK TECHNOLOGY CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>uPI SEMICONDUCTOR CORPORATION, AMANDA DAI, and JACKY LEE,<br><br>    Defendants.<br>  / | No. C 09-05659 WHA<br><br>**NOTICE RE OPPORTUNITIES FOR YOUNG ATTORNEYS** |

    Counsel will please keep in mind the need to provide arguments and courtroom experience to the next generation of practitioners.  The Court will particularly welcome any lawyer with four or fewer years of experience to argue the upcoming motion.

Dated: August 12, 2016.

/s/ William Alsup
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE