IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHTEK TECHNOLOGY CORPORATION, ET AL.,

    Plaintiff,

v.

uPI SEMICONDUCTOR CORPORATION, AMANDA DAI, and JACKY LEE,

    Defendants.

No. C 09-05659 WHA

**ORDER RE STIPULATION REQUESTING EXTENSION OF EXPERT DISCOVERY DEADLINE**

The cutoff for all expert discovery is currently October 5, 2016. The parties have met and conferred to schedule dates for expert depositions, but due to scheduling conflicts involving the Jewish holidays, the parties cannot complete all depositions until October 14, 2016. The deadline to complete expert discovery is hereby **EXTENDED** to **OCTOBER 14** for the sole purpose of completing the depositions of experts Mark Horenstein, John Hansen, and Joseph McAlexander. All other expert discovery must be completed by October 5.

All other deadlines remain in place.

**IT IS SO ORDERED.**

Dated: September 26, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE