| | |
|---|---|
| Yitai Hu (SBN 248085)<br>yitai.hu@alston.com<br>Ryan W. Koppelman (SBN 290704)<br>ryan.koppelman@alston.com<br>**ALSTON & BIRD LLP**<br>1950 University Avenue<br>5th Floor<br>East Palo Alto, CA 94303<br>Tel.:   650-838-2026<br>Fax:   650-838-2001<br><br>Elizabeth H. Rader (SBN 184963)<br>elizabeth.rader@alston.com<br>**ALSTON & BIRD LLP**<br>The Atlantic Building<br>950 F Street, NW<br>Washington, DC 20004-1404<br>Tel.:   202-239-3300<br>Fax:   202-239-3333<br><br>Attorneys for Plaintiff<br>RICHTEK TECHNOLOGY CORPORATION | Steven M. Levitan (SBN 148716)<br>steve.levitan@hoganlovells.com<br>**HOGAN LOVELLS US LLP**<br>4085 Campbell Avenue, Suite 100<br>Menlo Park, California 94025<br>Tel:   (650) 463-4000<br>Fax:   (650) 463-4199<br><br>Christian E. Mammen (SBN 188454)<br>chris.mammen@hoganlovells.com<br>**HOGAN LOVELLS US LLP**<br>3 Embarcadero Center, Suite 1500<br>San Francisco, California 94111<br>Tel:   (415) 374-2300<br>Fax:   (415) 374-2499<br><br>Edward C. Kwok (SBN 144302)<br>(ekwok@vlplawgroup.com)<br>VLP Law Group LLP<br>19900 Price Avenue<br>Cupertino, CA 95014<br>Tel:   (408) 620-5501<br><br>Attorneys for Defendant<br>uPI SEMICONDUCTOR CORPORATION |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHTEK TECHNOLOGY CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>uPI SEMICONDUCTOR CORPORATION, AMANDA DAI, AND JACKY LEE,<br><br>　　　　　Defendants. | Case No. C 09-05659 WHA LB<br><br>**JOINT STIPULATION AND PROPOSED ORDER REGARDING SETTLEMENT** |

Counsel for Plaintiff Richtek Technology Corporation and counsel for Defendant uPI Semiconductor Corporation hereby submit this stipulation and proposed order.

1. The parties earlier today signed and executed a written settlement agreement. Under the settlement, a contingency must be satisfied within 3 business days of the agreement's execution, and then the case will be dismissed promptly thereafter. Accordingly, per the agreement, the case will be dismissed in advance of the Pretrial Conference set for November 30th at 2:00 p.m. (and very likely next week).

2. The parties promptly notified the Court of this earlier today be joint letter (Dkt. No. 581), as provided for in paragraph 37 of the Court's January 11, 2016 Guidelines for Trial and Pretrial Conference in Civil Jury Cases, and pursuant to the Court's instructions at yesterday's summary judgment hearing.

3. The parties followed up today by contacting Chambers and was advised to file a written pleading, which parties are now presenting in the form of this stipulation and proposed order.

Now therefore, given the signed settlement and forthcoming dismissal,to avoid unnecessary work, the parties stipulate and respectfully request that the Court enter an order continuing all upcoming deadlines and events, taking them off calendar, including the deadlines set in connection with next Wednesday's (11/23/16) extensive pretrial filings.

Dated:  November 18, 2016

Respectfully submitted,                    Respectfully submitted,

**ALSTON & BIRD LLP**                      **HOGAN LOVELLS US LLP**

By: /s/*Ryan W. Koppelman*                 By: /s/*Steven M. Levitan*
        Ryan W. Koppelman                          Steven M. Levitan

*Attorneys for Plaintiff Richtek Technology Corporation*    *Attorneys for Defendant uPI Semiconductor Corporation*

**Filer's Attestation**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from all parties.

Alston & Bird LLP

/s/ Ryan W. Koppelman

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2016        _____
                                                                       United States District Judge