Yitai Hu (SBN 248085)
yitai.hu@alston.com
Ryan W. Koppelman (SBN 290704)
ryan.koppelman@alston.com
**ALSTON & BIRD LLP**
1950 University Avenue, 5th Floor
East Palo Alto, CA 94303
Tel.:    650-838-2026
Fax:    650-838-2001

Elizabeth H. Rader (SBN 184963)
elizabeth.rader@alston.com
**ALSTON & BIRD LLP**
The Atlantic Building
950 F Street, NW
Washington, DC 20004-1404
Tel.:    202-239-3300
Fax:    202-239-3333

Attorneys for Plaintiff
RICHTEK TECHNOLOGY
CORPORATION

Steven M. Levitan (SBN 148716)
steve.levitan@hoganlovells.com
**HOGAN LOVELLS US LLP**
4085 Campbell Avenue, Suite 100
Menlo Park, California 94025
Tel:    (650) 463-4000
Fax:    (650) 463-4199

Christian E. Mammen (SBN 188454)
chris.mammen@hoganlovells.com
**HOGAN LOVELLS US LLP**
3 Embarcadero Center, Suite 1500
San Francisco, California 94111
Tel:    (415) 374-2300
Fax:    (415) 374-2499

Edward C. Kwok (SBN 144302)
(ekwok@vlplawgroup.com)
**VLP Law Group LLP**
19900 Price Avenue
Cupertino, CA 95014
Tel:    (408) 620-5501

Attorneys for Defendant
uPI SEMICONDUCTOR CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHTEK TECHNOLOGY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>uPI SEMICONDUCTOR CORPORATION, AMANDA DAI and JACKY LEE,<br><br>Defendants. | Case No. C 09-05659 WHA<br><br>[PROPOSED] ORDER DISMISSING WITH PREJUDICE |

On November 25, 2016, Plaintiff Richtek Technology Corporation ("Richtek") and Defendant uPI Semiconductor Corporation ("uPI") submitted a stipulation and joint motion to dismiss with prejudice. Having considered this request, the Court finds that the motion should be **GRANTED**.

**IT IS HEREBY ORDERED** that all claims between Richtek and uPI shall be dismissed with prejudice.

**IT IS FURTHER ORDERED** that all costs and expenses relating to the claims between Richtek and uPI (including attorney and expert fees and expenses) shall be borne solely by the party incurring same.

The Clerk shall please close the file.

Dated: November 29, 2016.

_____
United States District Judge